Katz & Barnett vs. Gill et al.

The total annuity is.................................................:...............................$2,635
Credits allowed...................................................... ........ ................ ..... 1,934
                                                                                    $1,691

---

## No. 311.

### KATZ & BARNETT VS. G. G. GILL ET AL.

In a revocatory action, the test of jurisdiction is the amount claimed, and not the value of the property, the sale of which the plaintiff seeks to have revoked.

In an action de simulation, the value of the property is the test of jurisdiction.

The action being revocatory and the amount at issue less than two thousand dollars, the appeal is dismissed at appellants' costs.

A PPEAL from the Third District Court, Parish of Claiborne.
    Barksdale, J.

---

Young & Thatcher and J. E. Moore for Plaintiffs and Appellants.

---

John Young, J. W. Halbert, John A. Richardson and J. R. Phipps for Defendants and Appellees.

---

The opinion of the court was delivered by

BREAUX, J.    Plaintiffs' claim in this case does not exceed $2000.

Unless the transactions assailed by him are pure simulations, it is manifest that the appellate jurisdiction is tested by the amount of plaintiffs' demand, and not by the value of the property involved in the contract sought to be annulled.

Our opinion, in the case of Chaffe vs. Gill, just read, shows that the contract assailed was not a mere simulation.

It follows that plaintiffs must seek appellate relief in another tribunal.

It is, therefore, ordered that the appeal herein be dismissed, without prejudice to plaintiffs' right to appeal to the circuit court. Dismissed at appellants' costs.